**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jonathan K. TAGATAC, Defendant–
Appellant.**

No. 10–10074.

United States Court of Appeals,
Ninth Circuit.

Submission Deferred Oct. 4, 2010.

Resubmitted June 20, 2011.*

Filed June 24, 2011.

Michael C. Song, USH—Office of the U.S. Attorney, Honolulu, HI, Sangita K.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Rao, DOJ—U.S. Department of Justice, Washington, DC, for Plaintiff–Appellee.

Alexander Silvert, Assistant Federal Public Defender, FPDHI—Federal Public Defender's Office, Honolulu, HI, for Defendant–Appellant.

Before: BEEZER, KLEINFELD, and GRABER, Circuit Judges.

ORDER

The United States' Motion to Dismiss Appeal as Moot is GRANTED.

DISMISSED.